**COSTELLO & MAINS, LLC**
By: Jacquelyn R. Matchett
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

| | |
|---|---|
| KINGSLEY ADJEI-BENTUM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BHAVANI FUEL STOP INC D/B/A EXXON; JMD GAS COMPANY, INC. D/B/A BP; TONY PARASHAR and JOHN DOES 1-5 AND 6-10<br>　　　Defendant(s). | CIVIL ACTION<br><br>DOCKET NO: 3:19-cv-13614-MAS-DEA<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Now before the Court comes plaintiff Kingsley Adjei-Bentum who voluntarily dismisses his complaint against all parties, in its entirety, as settlement has been reached in this matter, with prejudice and without cost or attorney's fees to any party.

**COSTELLO & MAINS, LLC**

By: _____
　　Jacquelyn R. Matchett, Esq.
　　Attorney for Plaintiff

Dated: 10-23-19

So Ordered this 25th day
of October, 2019

_____
Hon. Michael Shipp, USDJ